**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

ADAM HILL                                                                                          PLAINTIFF
ADC #601559

v.                                            3:21-cv-00046-BRW-JJV

JOE PAGE, III, Warden, Grimes Unit, *et al.*                                        DEFENDANTS

**ORDER**

Adam Hill ("Plaintiff") is a convicted prisoner in the Grimes Unit of the Arkansas Division

of Correction ("ADC").   He has filed an Amended Complaint, pursuant to 42 U.S.C. § 1983,

alleging Defendants Creasey, Payne, Straughn, Page, Davis, and Young failed to protect him from

contracting Covid-19.   (Doc. 4.)   I conclude, for screening purposes only, Plaintiff has pled a

plausible claim against these Defendants in their individual capacities.[1]

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare a summons for

Defendants Creasey, Payne, Straughn, Page, Davis, and Young through the ADC Compliance

Division, P.O. Box 20550, Pine Bluff, AR 71612.   The United States Marshal shall serve the

summons, Amended Complaint (Doc. 4), and this Order on Defendants without prepayment of

fees and costs or security therefore.   Due to the length of the Amended Complaint, only one copy

should be provided to the ADC Compliance Division.

DATED this 15th day of March 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking
relief against a governmental entity, officer, or employee.   28 U.S.C. § 1915A(a).

1