IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADAM HILL
ADC #601559                                                                                        PLAINTIFF

VS.                                  3:21-CV-00046-BRW-JJV

JOE PAGE, III, Warden, Grimes Unit, *et al.*                                              DEFENDANTS

## ORDER

I have reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Partial Recommended Disposition in all respects.

Accordingly, Plaintiff may proceed with his Eighth Amendment failure to protect claim against Defendants Payne, Straughn, Page, Davis, Young, and Creasey in their individual capacities only. All other claims are dismissed without prejudice. Defendants Cantrell, Alexander, Captain Rogers, Secretary Rogers, Morris, Harmon, Blake, Morton, Corporal Wilson, Sergeant Wilson, Rodriguez, Kopp, Dillard, and Ramsey are DISMISSED without prejudice as parties to this lawsuit. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 29th day of March, 2021.

                                              Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).