IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADAM HILL                                                                                              PLAINTIFF
ADC #601559

v.                                        3:21-cv-00046-BRW-JJV

JOE PAGE, III, Warden, Grimes Unit, *et al.*                                      DEFENDANTS

## ORDER

Service on Defendant Creasey has been returned unexecuted because he no longer works for the Arkansas Division of Correction. (Doc. 25.) The Clerk of the Court shall prepare a summons for Defendant Creasey at his last known private mailing address, which has been filed under seal. (*Id.*) The United States Marshal shall serve the summons, Amended Complaint (Doc. 4), March 15, 2021 Order (Doc. 8), and this Order on him without prepayment of fees and costs or security therefore. **Defendant Creasey's private address must be redacted from the return of service and all other public portions of the record.**

IT IS SO ORDERED this 20th day of April 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1