IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADAM HILL
ADC #601559                                                                                      PLAINTIFF

VS.                                      3:21-CV-00046-BRW-JJV

JOE PAGE, III, Warden, Grimes Unit, , *et al.*                                       DEFENDANTS

## ORDER

I have reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Partial Recommended Disposition in all respects.

Accordingly, Defendants' Motion to Dismiss (Doc. 33) is GRANTED, and Plaintiff's claims against Defendants Payne, Straughn, Page, Davis, and Young be DISMISSED without prejudice. Plaintiff may procced with his failure to protect claim against Defendant Creasey. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 2nd day of June, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1