IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADAM HILL
ADC #601559                                                                                           PLAINTIFF

VS.                                       3:21-CV-00046-BRW-JJV

JOE PAGE, III, Warden, Grimes Unit, *et al.*                                                    DEFENDANTS

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Recommended Disposition in all respects.

Accordingly, Defendant's Motion to Dismiss (Doc. 41) is GRANTED, Plaintiff's claim against Defendant Creasey is DISMISSED without prejudice, and this case is CLOSED. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 29th day of June, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1