IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADAM HILL
ADC #601559                                                                                    PLAINTIFF

VS.                              3:21-CV-00046-BRW-JJV

JOE PAGE, III, Warden, Grimes Unit, *et al.*                                                    DEFENDANTS

## JUDGMENT

Based on the dispositive Orders entered today and previously (Docs. 17, 45), Plaintiff's claims are dismissed. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 29th day of June, 2021.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).